Lisa Hogan, Esq., (ISB No. 10208)
lhogan@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO  80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABBEY SESSIONS,<br><br>                        Plaintiff,<br><br>v.<br><br>EASTERN IDAHO HEALTH SERVICES, INC., d/b/a EASTERN IDAHO REGIONAL MEDICAL CENTER,<br><br>                        Defendant. | Case No. 4:18-cv-00155-DCN<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Eastern Idaho Health Services, Inc., d/b/a Eastern Idaho Regional Medical Center, through undersigned counsel, submits the following Corporate Disclosure Statement:

      1.      Eastern Idaho Health Services, Inc. owns and operates Eastern Idaho Regional Medical Center.

      2.      Eastern Idaho Health Services, Inc. is an indirect, wholly-owned subsidiary of HCA Healthcare, Inc., a publicly-traded corporation.

Respectfully submitted this 7th day of June, 2018.

*s/ Lisa Hogan*
Lisa Hogan, (ISB No. 10208)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street
Suite 2200
Denver, CO   80202-4432
Telephone:   303-223-1100
Fax:   303-223-1111
Email:   lhogan@bhfs.com

*Attorney for Defendant*

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2

## CERTIFICATE OF SERVICE

   I hereby certify that on this 7th day of June, 2018, I electronically filed a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Jacob S. Wessel
THOMSEN HOLMAN WHEILER, PLLC
2635 Channing Way
Idaho Falls, ID 83404
Telephone: (208) 522-1230
Fax: (208) 522-1277
E-Mail: wessel@thwlaw.com

*Attorney for Plaintiff*

                    *s/Kate M. Meade*
                    Kate M. Meade
                    BROWNSTEIN HYATT FARBER SCHRECK, LLP
                    410 17th Street, Suite 2200
                    Denver, CO 80202
                    303-223-1100; fax 303-223-1111

16893552