IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ABBEY SESSIONS, | ) | Case No. 4:18-cv-00155-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| EASTERN IDAHO HEALTH SERVICES INC., dba Eastern Idaho Regional Medical Center, | ) ) ) | **WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon review of the Stipulation for Dismissal With Prejudice, (Dkt. 10), and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Complaint filed in the above-entitled matter be, and the same is hereby, **DISMISSED WITH PREJUDICE,** each party to bear their own costs and attorney fees.

DATED: July 26, 2018

_____
**David C. Nye**
U.S. District Court Judge